**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| CONKLIN, MARGO LANE | ) | |
| | ) | CASE NO. 05 B 22380 |
| | ) | |
| | ) | JUDGE CAROL A. DOYLE |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

>       At:   U.S. BANKRUPTCY COURT
>             219 South Dearborn, Courtroom 742
>             Chicago, Illinois 60604
>
>       on:   May 9, 2007
>       at:   10:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

>    a. Receipts                                    $      6,012.34
>
>    b. Disbursements                               $          0.00
>
>    c. Net Cash Available for Distribution $   6,012.34

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| David P. Leibowitz, Trustee | $ 0.00 | $ 908.57 | $ |
| David P. Leibowitz, Trustee | $ 0.00 | $ | $ 102.88 |
| Leibowitz Law Center | $ 0.00 | $ 1,327.00 | $ |
| Leibowitz Law Center | $ 0.00 | $ | $ 9.40 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $1,222.17, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Citibank (South Dakota) NA | $ 127.94 | $ 127.94 |
| 1I | Citibank (South Dakota) NA | $ 6.73 | $ 6.73 |
| 2 | eCast Settlement Corporation assignee of | $ 331.65 | $ 331.65 |
| 2I | eCast Settlement Corporation assignee of | $ 17.43 | $ 17.43 |

| | | | |
|---|---|---|---|
| 3 | AT&T/Cingular Wireless | $ 762.58 | $ 762.58 |
| 3I | AT&T/Cingular Wireless | $ 40.09 | $ 40.09 |
| SURPLUS | CONKLIN, MARGO LANE | $ 2,378.07 | $ 2,378.07 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: April 6, 2007            For the Court,

                                By:  KENNETH S GARDNER
                                     Kenneth S. Gardner
                                     Clerk of the United States Bankruptcy Court
                                     219 S. Dearborn Street, 7th Floor
                                     Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

2380  Doc 25  Filed 04/06/07  Entered 04/08/07 23:27:18  Desc Imaged
Certificate of Service  Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7              Page 1 of 1              Date Rcvd: Apr 06, 2007
Case: 05-22380                    Form ID: pdf002          Total Served: 21

The following entities were served by first class mail on Apr 08, 2007.
db         +Margo Lane Conklin,    1854 S Troy St,    Chicago, IL 60623-2261
aty        +Allan G Sweig,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
aty        +Lorraine M Greenberg,    Lorraine Greenberg & Associates LLC,    20 E Jackson Blvd,    Suite 800,
             Chicago, IL 60604-2208
tr         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
9432282    +1st National Bank/FNB Brookings,    3401 N Louise Ave,    Sioux Falls, SD 57107-0175
10160704   +AT&T/Cingular Wireless,    c/o Creditors Bankruptcy Service,    P O Box 740933,
             Dallas, TX 75374-0933
9432284    +ATT Wireless - Chicago,    PO Box 8220,    Aurora, IL 60572-8220
9432283    +American General Finance,    4013 W 26th Street,    Chicago, IL 60623-3793
9432285    +Capital One Bank,    PO Box 85520,    Richmond, VA 23285-5520
9432286    +Charter Steel Trading,    4401 W Roosevelt Road,    Chicago, IL 60624-3841
9432287    +Citibank,    PO Box 6003,    Hagerstown, MD 21747-6003
9432288    +Citibank,    c/o Unifund CCR Partners,    11802 Conrey Road,    Cincinnati, OH 45249-1074
9810604    +Citibank (South Dakota) NA,    Assoc.Shell Payment Center,    4300 Westown Parkway,
             West Des Moines, IA 50266-1266
9432289    +Cross Country Bank,    4700 Exchange Ct,    Boca Raton, FL 33431-4464
9432290    +Deretto Hospital,    645 S Central Ave,    Chicago, IL 60644-5016
9432292    +Mt Sinai Hospital,    1500 S California,    Chicago, IL 60608-1729
9432110    +Ocwen Federal Bank,    12650 Ingenuity Drive,    Orlando, FL 32826-2717
9432293    +Shell/Citibank SD,    PO Box 15687,    Wilmington, E 19850-5687
9432294    +Spiegel,    101 Crossway Park West,    Woodbury, NY 11797-2020
9432295    +The Credit Store,    c/o Zenith Acquisition Corp,    3200 Elmwood Ave,    Kenmore, NY 14217-1179
9432291    +eCast Settlement Corporation assignee of,    HSBC Bank Nevada NA/HSBC Card Svcs III,    Pob 35480,
             Newark NJ 07193-5480
The following entities were served by electronic transmission on Apr 07, 2007.
9432283    +Fax: 773-522-3975 Apr 07 2007 02:27:28     American General Finance,    4013 W 26th Street,
             Chicago, IL 60623-3793
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 08, 2007**              **Signature:** _Joseph Speetjens_